

BORIS BERNSTEIN, ESQ.
Junior Partner
Bbernstein@Liakaslaw.com
P: (212) 937-7765
F: (877) 380-9432

Liakaslaw.com
40 Wall Street
50th Floor
New York, NY 10005

New Jersey Office
576 Main Street
Suite C
Chatham, NJ 07928

October 9, 2025

<u>VIA E-Filing</u>
Hon. Valerie Figueredo
Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  **RE:** **Jose Alexis Garcia v. Phoenix Logistics, Inc., at. al.**
     **Docket No.: 1:24-cv-9501**
     <u>**Date of Loss: August 17, 2024**</u>

Your Honor:

  This office represents the Plaintiff in connection with the above-referenced matter. The parties are submitting this joint letter requesting an adjournment of the upcoming settlement conference currently scheduled for October 16, 2025. In light of the recent extension of time to complete, *inter alia*, fact discovery, the parties submit that settlement discussions in the within action would not be fruitful prior to the completion of fact discovery, which is now due to be completed by December 29, 2025. It is therefore respectfully requested that the settlement conference presently scheduled for October 16, 2025, be adjourned to a later date and time convenient to this Honorable Court

  We thank Your Honor for its time and consideration herein.

            Very Truly Yours,

            *Boris Bernstein*
            Boris Bernstein, Esq.

cc:

CALLAHAN & FUSCO, LLP
*Attorneys for Defendants*

Roger Gonzalez, Esq.
rgonzalez@callahanfusco.com

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: October 10, 2025

The settlement conference scheduled for **October 16, 2025** is ADJOURNED. The parties are directed to file a letter to the Court when they are ready to schedule a settlement conference. The Clerk of the Court is directed to terminate the motion at ECF No. 23.