UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                        :

JOSE ALEXIS GARCIA,                  :
                        :

                Plaintiff,      :        24-CV-09501 (JAV)
                        :

      -v-                  :           ORDER
                        :

PHOENIX LOGISTICS INC., FEDERAL  :
EXPRESS CORPORATION, FEDEX      :
GROUND PACKAGE SYSTEMS, INC. and :
CARLOS ISMAEL BARRETO,      :
                        :
           Defendants.    :
                        :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       Pursuant to Section 8(d) of the Court's Individual Rules and Practices in Civil Cases and paragraph 8 of the Case Management Plan entered in this matter, ECF No. 22, as extended by the Court, ECF No. 26, the parties were required to file a post-fact discovery joint status letter by April 13, 2026.  To date, the parties have not filed the joint letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 1, 2026**.


       SO ORDERED.

Dated: April 24, 2026
      New York, New York               _____
                             JEANNETTE A. VARGAS
                             United States District Judge